

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| HERIBERTO ARMENDARIZ, | § | No. 08-21-00100-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| MARIA C. FLORES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV0897) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 27, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Carlos Quinonez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 27, 2022.

IT IS SO ORDERED this 27th day of January, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.